IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Springfield Divsion

RICHARD THOMAS )
)
vs. )
) NO. 05-30141-KPN
SPRINGFIELD TERMINAL )
RAILWAY COMPANY )
)

## NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK:**

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Terry F. Pease, by and through his attorneys, HANNON & JOYCE, hereby voluntarily dismiss the above action, without prejudice, this 1st day of August, 2005.

HANNON & JOYCE

BY: _____
GREGORY JOHN HANNON
Attorney for Plaintiff
The Public Ledger Bldg. - Ste. 1000
150 S. Independence Mall West
Philadelphia, PA 19106